

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:     Amigos Meat Distributors, L.P. **v.** Julian Guzman and Catherine Michele Montejano

Appellate case number:   01-16-00149-CV

Trial court case number: 2013-25098

Trial court:             295th District Court of Harris County

Date motion filed:       May 26, 2017

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                        ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Lloyd


Date: August 8, 2017